IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HAROLD STINSON | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| MICHAEL WENEROWICZ, et al. | : | NO. 13-1814 |

## ORDER

J. CURTIS JOYNER, J.,

AND NOW, this 18th day of June , 2013, upon

careful and independent consideration of the petition for writ of habeas corpus, and after

review of the Report and Recommendation of United States Magistrate Judge Elizabeth

T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is placed in suspense until the

conclusion of the state appellate proceedings.

3. Petitioner and Respondents shall notify the court within thirty days of the

conclusion of the state proceedings so the habeas petition may proceed in this court.

BY THE COURT:

J. CURTIS JOYNER, J.